# Exhibit B

Person/Attorney Filing: Sesaly O Stamps
Mailing Address: 2525 East Broadway Blvd. Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520) 322-5000
E-Mail Address: sstamps@dmyl.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025773, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Anthony Patterson
Plaintiff(s),
v.
Ace Hardware Stores, Inc.
Defendant(s).

Case No.  C20201913

**SUMMONS**

HON. BRENDEN J GRIFFIN

To: Ace Hardware Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 5/1/2020

Gary Harrison
Clerk of the Superior Court

By:    JAMES R. ORR /s/
                Deputy Clerk

AZturboCourt.gov Form Set #4553631

2