# Exhibit C

PERSON/ATTORNEY FILING: Sesaly O Stamps
MAILING ADDRESS: 2525 East Broadway Blvd. Suite 200
CITY, STATE, ZIP CODE: Tucson, AZ 85716
PHONE NUMBER: (520) 322-5000
E-MAIL ADDRESS: sstamps@dmyl.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 025773, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
5/1/2020 4:18:59 PM
BY: JAMES R. ORR /S/
DEPUTY

Case No. C20201913
HON. BRENDEN J GRIFFIN

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Anthony Patterson
Plaintiff(s),

V.                                                      CASE NO: _____

Ace Hardware Stores, Inc.                               **RULE 102(a) FASTAR CERTIFICATE**
Defendant(s).

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101(b) and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101(b); or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101(b).

Dated: _____

Sesaly O Stamps /s/
_____
SIGNATURE