# Exhibit D

FILED
Gary Harrison
CLERK, SUPERIOR COURT
5/1/2020 4:18:59 PM
BY: JAMES R. ORR /S/
DEPUTY

Case No. C20201913
HON. BRENDEN J GRIFFIN

**In the Superior Court of the State of Arizona
In and For the County of** Pima

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney Sesaly O Stamps

Attorney Bar Number 025773, AZ

Plaintiff's Name(s): (List all)
Anthony Patterson

Plaintiff's Address:
2525 East Broadway Blvd. Suite 200, Tucson AZ 85716
Telephone Number: (520) 322-5000

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) Ace Hardware Stores, Inc.

(List additional defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury
☐ Property Damage
☐ Wrongful Death

**TORT NON-MOTOR VEHICLE:**
☐ Negligence
☐ Product Liability – Asbestos
☐ Product Liability – Tobacco
☐ Product Liability – Toxic/Other
☐ Intentional Tort
☐ Property Damage
☐ Legal Malpractice
☐ Malpractice – Other professional
☐ Premises Liability
☐ Slander/Libel/Defamation
☐ Other (Specify) _____

**MEDICAL MALPRACTICE:**
☐ Physician M.D.    ☐ Hospital
☐ Physician D.O    ☐ Other

**CONTRACTS:**
☐ Account (Open or Stated)
☐ Promissory Note
☐ Foreclosure
☐ Buyer-Plaintiff
☐ Fraud
☐ Other Contract (i.e. Breach of Contract)
☐ Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
   ☐ Six to Nineteen Structures
   ☐ Twenty or More Structures

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation
☐ Eviction Actions (Forcible and Special Detainers)
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title

AZturboCourt.gov Form Set #4553631

June 7, 2018                Page 1                AOCCV10F-070118

| | |
|---|---|
| ☐ Forfeiture | ☐ Landlord Tenant Dispute- Other |
| ☐ Election Challenge | ☐ Declaration of Factual Innocence (A.R.S. §12-771) |
| ☐ NCC- Employer Sanction Action (A.R.S. §23-212) | ☐ Declaration of Factual Improper Party Status |
| ☐ Injunction against Workplace Harassment | ☐ Vulnerable Adult (A.R.S. §46-451) |
| ☐ Injunction against Harassment | ☐ Tribal Judgment |
| ☐ Civil Penalty | ☐ Structured Settlement (A.R.S. §12-2901) |
| ☐ Water Rights (Not General Stream Adjudication) | ☐ Attorney Conservatorships (State Bar) |
| ☐ Real Property | ☐ Unauthorized Practice of Law (State Bar) |
| ☐ Special Action against Lower Courts | ☐ Out-of-State Deposition for Foreign Jurisdiction |
| (See lower court appeal cover sheet in Maricopa) | ☐ Secure Attendance of Prisoner |
| ☐ Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051) | ☐ Assurance of Discontinuance |
| | ☐ In-State Deposition for Foreign Jurisdiction |
| **UNCLASSIFIED CIVIL:** | ☐ Eminent Domain– Light Rail Only |
| ☐ Administrative Review | ☐ Interpleader– Automobile Only |
| (See lower court appeal cover sheet in Maricopa) | ☐ Delayed Birth Certificate (A.R.S. §36-333.03) |
| ☐ Tax Appeal | ☐ Employment Dispute- Discrimination |
| (All other tax matters must be filed in the AZ Tax Court) | ☒ Employment Dispute-Other |
| ☐ Declaratory Judgment | ☐ Verified Rule 45.2 Petition |
| ☐ Habeas Corpus | ☐ Other (Specify) _____ |

**RULE 26.2 DISCOVERY TIER OR AMOUNT PLEADED:**
(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.)

☐ Amount Pleaded $_____     ☐ Tier 1     ☒ Tier 2     ☐ Tier 3

**EMERGENCY ORDER SOUGHT:**

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge
☐ Employer Sanction                        ☐ Other (Specify) _____

**COMMERCIAL COURT (Maricopa County Only)**
☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)
_____

Additional Defendant(s)
_____

Attachment Page __1__ (of __1__ )

To Civil Cover Sheet

**ATTORNEY INFORMATION:**
ATTORNEY FILING - PRIMARY ATTORNEY:
Sesaly O Stamps
Bar Number: 025773, Issuing State: AZ
Law Firm: DeConcini McDonald Yetwin & Lacy, P.C.
Address: 2525 East Broadway Blvd.
Suite 200
Tucson, AZ 85716
Telephone Number: (520) 322-5000
Email: sstamps@dmyl.com

ATTORNEY #2
Tyler H. Stanton
Bar Number: 034526, Issuing State: AZ
Law Firm: DeConcini McDonald Yetwin & Lacy, P.C.
Address: 2525 East Broadway Blvd. Suite 200
Tucson, AZ 85716
Telephone Number: (520)322-5000


**ATTACHED DOCUMENTS LIST:**
Summons - Defendant #1
Complaint

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

AZTurboCourt.gov Form Set #4553631