# Exhibit G

Quinn 047

| Attorney or Party without Attorney:<br>SESALY O. STAMPS (#025773)<br>DECONCINI, MCDONALD, YETWIN & LACY<br>2525 E. BROADWAY BOULEVARD SUITE 200<br>TUCSON, AZ 85716<br>Telephone No: (520) 322-5000 | | | | For Court Use Only<br><br>20 JUN 23 PM 4: 57<br><br>S. CASTILLO, DEPUTY |
|---|---|---|---|---|
| Attorney For: | | Ref. No. or File No.: 20200197 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>PIMA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: ANTHONY PATTERSON, AN ARIZONA RESIDENT<br>Defendant: ACE HARDWARE STORES, INC., AN ARIZONA CORPORATION | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20201913 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; AMENDED COMPLAINT; RULE 102(A) FASTAR CERTIFICATE

3. a. Party served: ACE HARDWARE STORES, INC., AN ARIZONA CORPORATION, BY SERVICE UPON ITS STATUTORY AGENT, JOSEPH FINDYSZ
   b. Person served: KELLY FINDYSZ

4. Address where the party was served: 7056 E 21st St, Tucson, AZ 85710

5. I served the party:
   a. by substituted service. On: Mon, Jun 22 2020 at: 09:05 AM by leaving the copies with or in the presence of:
   KELLY FINDYSZ, Caucasian, Female, Age: 45, Hair: Brown, Eyes: Hazel, Height: 5'5", Weight: 145, Glasses, Description: Manager

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on: Fri, June 19, 2020

Service: $26.25, Mileage: $24.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $60.25

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Daniel R. Ronnie PM039, Pima County;
   b. FIRST LEGAL
      177 N. Church Ave. Suite 600
      TUCSON, AZ 85701
   c. (520) 798-2200

06/22/2020
(Date)                                    (Signature)

7. STATE OF ARIZONA, COUNTY OF PIMA Subscribed and sworn to (or affirmed) before on this 22 day of June, 2020 by Daniel R. Ronnie (PM039, Pima County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)



AFFIDAVIT OF SERVICE



OFFICIAL SEAL
PATRICIA CERVANTEZ
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. #: 572894
My Comm. Exp. Nov. 5, 2023

4623368
(35188159)