# Exhibit H

Cassandra B. Meynard
PCC# 66135: SB #026316
cmeynard@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL
HANSHAW & VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
(520) 790-5828

Attorneys for Defendant Ace Hardware Stores, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ANTHONY PATTERSON, AN ARIZONA RESIDENT,<br><br>Plaintiff,<br><br>vs.<br><br>ACE HARDWARE STORES, INC.,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF CASSANDRA MEYNARD IN SUPPORT OF DFENDANT ACE HARDWARE, INC.'S NOTICE OF REMOVAL** |

I, Cassandra Meynard, under oath hereby declare and state the following facts that are all within my personal knowledge:

1. I am over the age of 18 and am fully competent to testify to the matters set forth in this Declaration.

2. I am the attorney of record for Defendant Ace Hardware, Inc., and I make this Declaration in that capacity and on the basis of my personal knowledge.

3. I submit this verification pursuant to LRCiv. 3.6(b).

4. Exhibits A-G to the Notice of Removal constitute true and correct copies of all the pleadings and other documents that have been filed in the state court proceeding.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 6th day of July, 2020.

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.


By: /s/ Cassandra B. Meynard
Cassandra B. Meynard
Attorneys for Defendant

2