**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Patterson, | No. CV-20-00288-TUC-DCB |
| Plaintiff, | **ORDER SETTING RULE 16 SCHEDULING CONFERENCE** |
| v. | |
| Ace Hardware Stores Incorporated, | |
| Defendant. | |

**IT IS ORDERED** that, pursuant to Rule 16, Federal Rules of Civil Procedure, a Pretrial Scheduling Conference is set for **Thursday, September 10, 2020, at 10:00 am.** The conference will be held telephonically with the Judge's law clerk, Greer Barkley. Plaintiffs' counsel shall initiate the conference call with all appropriate parties on the line to (520) 205-4560.

**IT IS FURTHER ORDERED** that counsel are directed to consult the Federal Rules of Civil Procedure for the objectives of the conference. The Mandatory Initial Discovery Pilot program does not apply to this case. *See* General Order 17-08, filed July 29, 2020 (pilot period from 5/1/2017 to 5/1/2020). At least one of the attorneys for each party attending the conference shall have authority to enter into stipulations and make admissions regarding all matters which may be discussed.

**IT IS FURTHER ORDERED** that after the scheduling conference, the Court will enter a Rule 16 Scheduling Order setting the time within which counsel may complete

1  discovery, file pre-trial dispositive motions, and file the proposed pre-trial order. The
2  Court's Order shall control the course of the action unless modified by subsequent Order.
3      Dated this 19th day of August, 2020.

David C. Bury
United States District Judge

- 2 -