**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Patterson, | No. CV-20-00288-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Ace Hardware Stores Incorporated, | |
| Defendant. | |

The Court finds good case to grant the Motion for Withdrawal and Substitution of Counsel for Defendant, which is made with approval from the client, Ace Hardware Stores, Inc.,

**Accordingly,**

**IT IS ORDERED** that the Motion for Withdrawal and Substitution of Counsel (Doc. 11) is GRANTED: Cassandra B. Meynard is withdrawn, and David T. Barton and Katya M. Lancero of the law firm of BurnsBarton PLC are substituted as counsel in this matter for Ace Hardware Stores, Inc.

**IT IS FURTHER ORDERED** that the Clerk shall remove Cassandra B. Meynard from receiving electronic Court notices in this matter and substitute attorneys David T. Barton and Katya M. Lancero.

Dated this 11th day of September, 2020.

David C. Bury
United States District Judge