**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Patterson, | No. CV-20-00288-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Ace Hardware Stores Incorporated, | |
| Defendant. | |

The court having been notified that this case has been settled by the parties.

**Accordingly,**

**IT IS ORDERED** that the case is dismissed without prejudice, and the Clerk of the Court shall close it.

**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within 30 days of the filing of this Order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

Dated this 3rd day of November, 2020.

David C. Bury
United States District Judge