**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Patterson,<br><br>    Plaintiff,<br><br>v.<br><br>Ace Hardware Stores Incorporated,<br><br>    Defendant. | No. CV-20-00288-TUC-DCB<br><br>**ORDER** |

This case is closed,

**IT IS ORDERED** that the Scheduling Order issued on January 12, 2022 (Doc. 24) is VACATED.

**Dated this 12th day of January, 2022.**

Honorable David C. Bury
United States District Judge